UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOUGLAS WELCH,

                    Plaintiff,                19 **CIVIL** 3455 (NRB)

      -against-                   **JUDGMENT**

ROBERTO AYALA, THE TRUSTEES OF
COLUMBIA UNIVERSITY, THE
TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 22, 2023, Defendants' motion for summary judgment is GRANTED. In sum: (i) the physical circumstances of the accident and plaintiff's conduct thereafter refutes any link between the accident and his claimed serious injuries; (ii) the medical affirmations put forth by the parties' doctors establish that the conditions for which plaintiff holds defendants responsible are degenerative, longstanding, and predate the accident; and (iii) no reasonable jury could conclude that any injuries plaintiff sustained from the accident qualify as serious injuries; accordingly, the case is closed.

**Dated:**  New York, New York
           August 23, 2023

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                            **BY:**

                                                      **Deputy Clerk**